ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone:  (415) 729-9006
Facsimile:  (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>　　　　　Plaintiffs, <br><br>　　vs. <br><br>ORSON MECHANICAL CO., INC., etc., <br><br>　　　　　Defendant. | NO. C 11 4617 JCS <br><br> STIPULATION TO SET ASIDE DEFAULT AND FOR JUDGMENT |

　　　　IT IS HEREBY STIPULATED and agreed by and between Plaintiffs BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, through their attorneys, and defendant, ORSON MECHANICAL CO. INC., a California corporation, that the default be set aside and that plaintiffs have and recover judgment from Defendant in the amount of $17,937.64, which is composed of the following:

　　　　1.　Contributions due and unpaid to Plaintiff Trust Funds for the January through March 2011 Quarter and April through June 2011 Quarter for Local #104 Schedule 2 Health Care in the amount of $3,674.06;

STIPULATION FOR JUDGMENT　　　　　　　　1

2. Liquidated damages due and unpaid to the Plaintiff Trust Funds for the months of May 2011 through January 2012 and for the Schedule 2 Health Care shortages in the amount of $13,731.58;

3. Interest on the declining balance to be computed upon full payment of the contributions due; and

4. Costs in the amount of $532.00.

IT IS FURTHER STIPULATED and agreed by the parties hereto that an abstract of judgment will be recorded but execution will not issue on the judgment so long as defendant fully complies with the following conditions:

1. Defendant shall make payments of all ongoing amounts to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST FUNDS pursuant to contract between defendant and Local Union 104 of the Sheet Metal Workers' International Association for hours worked by defendant's employees, commencing with payment for February 2012 hours due on or before March 20, 2012 and continuing until the full amount of this judgment is paid. Each of said payments will be made by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the Benesys.

2. Defendant shall pay the entire amount set forth in 1, 2, 3 and 4 above in equal monthly installments of $3,000.00 commencing on March 15, 2012 and continuing on the 15th day of each month thereafter until the full amount is paid. Checks shall be made payable to SHEET METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE & TULLEY, 3030 Bridgeway, Suite 231, Sausalito, CA 94965, Attention: Michael Carroll.

3. While payments are being properly made under this plan, payments due under the settlement in C 09 2118 shall be stayed.

STIPULATION FOR JUDGMENT 2

    4. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

    IT IS FURTHER STIPULATED AND AGREED by the parties hereto that upon failure of the Defendant to make any of it's monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraph 2 of this stipulation, execution on the entire judgment reduced by any offsets for payments made, shall issue only after ten (10) days written notice to the Defendant that Plaintiffs or Plaintiffs' attorney declares a default and intends to file a Declaration stating that a default has occurred on the part of the defendant. Defendant waives notice of any hearing held by the court upon the earlier execution of this judgment or Plaintiffs' declaration.

Dated: March 21, 2012        ERSKINE & TULLEY

                                      By: /s/ Michael J. Carroll
                                           Michael J. Carroll
                                           Attorneys for Plaintiffs

Dated: April 2, 2012         ORSON MECHANICAL CO. INC.,
                                        a California corporation

                                        By: /s/ Orson K. Poon
                                           Orson K. Poon, President

APPROVED AS TO FORM:

SWEENEY, MASON, WILSON & BOSOMWORTH    Dated: 4/16/12

By: /s/ Roger M. Mason
Roger M. Mason
Attorney for Defendant

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR JUDGMENT              3